**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA MESA and ROBERT CALDWELL, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>ENLOE MEDICAL CENTER; BLACKBAUD, INC. and DOES 1-100, inclusive,<br><br>                        Defendants. | Case No.: 2:20-cv-02483-JAM-KJN<br><br>**ORDER** |

   Based on the foregoing stipulation, the Court hereby ORDERS that:

   (1) The deadline for Defendant Enloe Medical Center to respond to Plaintiffs' Complaint is extended to January 25, 2021.

**IT IS SO ORDERED.**

DATED:  December 23, 2020            /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE

---

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT