**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA MESA and ROBERT CALDWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENLOE MEDICAL CENTER; BLACKBAUD, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02483-JAM-KJN<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT ENLOE MEDICAL CENTER TO ANSWER** |

Based on the foregoing stipulation, the Court hereby ORDERS that:

(1) The deadline for Defendant Enloe Medical Center to respond to Plaintiffs' Complaint is extended to February 1, 2021.

**IT IS SO ORDERED.**

DATED: January 25, 2021        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

1
STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT