**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA MESA and ROBERT CALDWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENLOE MEDICAL CENTER; BLACKBAUD, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02483-JAM-KJN<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT ENLOE MEDICAL CENTER TO ANSWER AND FOR LEAVE TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |

Based on the foregoing stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiffs may file an amended complaint by February 22, 2021; and
2. The deadline for Defendant Enloe Medical Center to respond to Plaintiffs' amended complaint is extended to March 15, 2021.

**IT IS SO ORDERED.**

DATED: February 1, 2021    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE