# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MESA and ROBERT CALDWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENLOE MEDICAL CENTER; BLACKBAUD, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02483-JAM-KJN<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT ENLOE MEDICAL CENTER TO ANSWER AND FOR LEAVE TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |

Based on the foregoing stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that, in the event this matter remains before the Court:

1. Plaintiffs may file an amended complaint within seven days of the Court's ruling on Plaintiffs' Motion for Remand; and
2. Defendant Enloe Medical Center will have 21 days after Plaintiffs' amended complaint is filed to file its responsive pleading.

**IT IS SO ORDERED.**

Dated:  March 11, 2021          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE