James F. Monagle (SBN: 236638)
**MULLEN COUGHLIN LLC**
426 West Lancaster Avenue, Suite 200
Devon, Pennsylvania 19333
Telephone: (267) 930-4770
Facsimile: (267) 930-4771
Email: jmonagle@mullen.law

*Attorneys for Defendant*
Enloe Medical Center

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MESA and ROBERT CALDWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENLOE MEDICAL CENTER; BLACKBAUD, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02483-JAM-KJN<br><br>**DEFENDANT ENLOE MEDICAL CENTER'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [MEMORANDUM OF POINTS AND AUTHROTIES AND PROPOSED ORDER FILED CONCURRENTLY]**<br><br>**DATE: JUNE 22, 2021**<br>**TIME: 1:30 P.M.**<br>**COURTROOM: 6**<br><br>**HON. JOHN A. MENDEZ** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, on June 22, 2021, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 6 on the 14th floor of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814 (or via remote means if ordered by the Court), Defendant Enloe Medical Center ("Enloe") will move for an Order dismissing Plaintiffs' Linda Mesa's and Robert Caldwell's First Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Enloe will move to dismiss the First Cause of Action for violation of California's Confidentiality of Medical Information Act ("CMIA") on the grounds that (1) Plaintiffs' information does not meet the definition of "medical information" under the CMIA; (2) Enloe was permitted to share certain patient information with a third-party vendor for fundraising purposes without obtaining patient authorization under federal law and the CMIA; (3) Enloe did not "disclose" medical information to a third-party vendor in violation of Cal Civ. Code § 56.10; and (4) Plaintiffs have not shown that an unauthorized third party accessed or viewed confidential medical information, as required to state a claim under Cal Civ. Code § 56.10.

Enloe will move to dismiss the Second Cause of Action for violation of California's Unfair Competition Law on the grounds that Plaintiffs have not pled facts sufficient to show that (1) Enloe engaged in unlawful conduct; (2) Enloe engaged in unfair business practices; (3) Enloe engaged in fraudulent business practices; or (4) there is any basis for restitution or injunctive relief.

Enloe will move to dismiss the Third Cause of Action for negligence on the grounds that (1) Plaintiffs have not shown that they suffered actual damages; (2) Enloe was not the proximate cause of any alleged damages; (3) the economic loss rule bars the negligence claim; and (4) the negligence claim is duplicative of the CMIA claim.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the First Amended Complaint, and all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

This motion is made following the conference of counsel pursuant to the Court's standing order, which took place on March 5, 2021.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Respectfully Submitted,

James F. Monagle
jmonagle@mullen.law
**MULLEN COUGHLIN LLC**
426 West Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4770

*Attorneys for Defendant*

**PROOF OF SERVICE**

The undersigned attorney hereby certified that, on April 27, 2021, I caused the foregoing Notice of Motion and Motion to Dismiss the First Amended Complaint to be filed via ECF, which served a copy on all counsel of record:

Dated: April 27, 2021

James F. Monagle